Alisa L. Silverstein, Esq. (AS 2926)
Gary Trachten, Esq. (GT 5480)
Thomas Furth, Esq. (TF 0785)
KUDMAN TRACHTEN ALOE LLP
350 Fifth Avenue, Suite 4400
New York, NY 10118
Telephone:  (212) 868-1010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BONDA INDUSTRIAL (HK) CO., LTD.                 ECF Case
                                                Civil Action No.: 08 CV 5507 (PKL)(DFE)


                              Plaintiff,


        -against-                               **Rule 7.1 Statement**


TALBOT GROUP, LLC and
POTAMUS HOLDINGS, INC.


                              Defendants.
-----------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to
enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications
or recusal, the undersigned counsel for defendants Talbot Group LLC and Potamus Holdings,
Inc. (private non-governmental parties) certify that there are no corporate parents, affiliates
and/or subsidiaries of either party, which are publicly held.

Dated: New York, New York
        June 18, 2008


                              KUDMAN TRACHTEN ALOE LLP
                              Attorneys for Defendants
                              Talbot Group LLC and
                              Potamus Holdings, Inc.


                      By:     s/ Alisa L. Silverstein
                              Alisa L. Silverstein (AS 2926)
                              350 Fifth Avenue, Suite 4400
                              New York, New York 10118
                              (212) 868-1010