UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BONDA INDUSTRIAL (HK) CO., LTD.                ECF Case
                                               Civil Action No.: 08 CV 5507

                        Plaintiff,

        -against-                              **AFFIDAVIT OF SERVICE**


TALBOT GROUP, LLC and
POTAMUS HOLDINGS, INC.

                        Defendants.
------------------------------------------------------------X

**STATE OF NEW YORK**     )
                          )   ss.:
**COUNTY OF NEW YORK**    )


    I, **WELLINGTON SILVA**, being sworn, say: I am not a party to the action, am over 18 years of age and reside in New York, New York. On June 18, 2008, I served a copy of the within **NOTICE OF REMOVAL, RULE 7.1 STATEMENT, ELECTRONIC CASE FILING RULES AND INSTRUCTIONS AND INDIVIDUAL PRACTICES OF JUDGE LEISURE AND MAGISTRATE JUDGE EATON**, by causing same to be personally delivered to **MANNY MOSES,** who was present at the address listed below and represented that he was authorized to accept service on behalf of:

                    Dwane Smith, Esq.
                    Law Offices of Dwane Smith
                    236 West 26th Street, Suite 303
                    New York, NY 10016

                                                    _____
                                                    **WELLINGTON SILVA**

Sworn to before me this
18th day of June, 2008

_____
Notary Public

JOHN S. LEGO
Notary Public, State of New York
No. 02LE5016297
Qualified in New York County
Commission Expires August 9, 20 09