STATE OF NEW YORK     )
                     )ss.:     **AFFIDAVIT OF SERVICE**
COUNTY OF NEW YORK   )


      **I, LATISHA WHITE,** being duly sworn, say: I am not a party to the action, am over 18 years of age and reside in New York, New York. On July 23, 2008, I served the foregoing **SUMMONS AND ANSWER WITH COUNTERCLAIM** on Bonnie Wong by depositing a true copy thereof enclosed in a postpaid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service to the following attorney of record who represented that he is representing Ms. Wong in this action, whose last known address is as follows:

      Dwane Smith, Esq.
      Law Offices of Dwane Smith, PLLC
      236 West 26th Street, Suite 303
      New York, NY 10001

      _____
      **LATISHA WHITE**

Sworn to before me this
23rd day of July, 2008.

_____
Notary Public

JOHN S. LEGO
Notary Public, State of New York
No. 02LE5016297
Qualified in New York County
Commission Expires August 9, 20 09