USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BONDA INDUSTRIAL (HK) CO., LTD.

    Plaintiff,

 -against-

TALBOT GROUP, LLC and
POTAMUS HOLDINGS, INC

    Defendants,
-------------------------------------------------------X
THE TALBOT GROUP, LLC and
POTAMUS HOLDINGS, INC.

    Plaintiffs on the Counterclaim,

 -against-

BONDA INDUSTRIAL (HK) CO., LTD.
And BONNIE WONG,

    Defendants on the Counterclaim.
-------------------------------------------------------X

ECF Case

Civil Action No.:

08 CV 5507 (PKL) (DFE)

STIPULATION

  **IT IS HEREBY STIPULATED AND AGREED** in connection with the above-captioned matter, by and between the undersigned counsel below—on the one hand, Dwane Smith PLLC, representing Bonda Industrial (HK) Co., Ltd. as Plaintiff and also representing Bonda Industrial (HK) Co., Ltd. and Bonnie Wong as Defendants on the Counterclaim; and, on the other hand, Kudman, Trachten Aloe LLP, representing Talbot Group, LLC and Potamus Holdings, Inc., as Defendants and also representing The Talbot Group, LLC and Potamus Holdings, Inc., as Plaintiffs on the Counterclaim—that Dwane Smith PLLC, on behalf of Plaintiff (Bonda Industrial (HK) Co., Ltd.) and Defendants on the Counterclaim (Bonda Industrial (HK) Co., Ltd. and Bonnie Wong), shall have an additional seven (7) days,

such that the time is extended from August 11, 2008, to August 18, 2008 to appear and answer the Answer and Counterclaim and to argue in connection therewith. In connection with the foregoing, Dwane Smith PLLC agrees not to raise jurisdictional defenses or defenses based upon service with respect to Bonda Industrial (HK) Co., Ltd. and Bonnie Wong and not to file a pre-answer motion dismiss with respect to the Counterclaims.

This stipulation may be filed as a copy and/or in counterparts and signed by fax, which shall have the same force and effect as an original signature, and which, upon execution by the undersigned, shall be filed with Chambers of Senior U.S. District Judge, Peter K. Leisure.

Dated: New York, New York
August 11, 2008

KUDMAN, TRACHTEN ALOE LLP,
*Attorneys for Defendants, Talbot Group, LLC and Potamus Holdings, Inc. and Plaintiffs on the Counterclaim, The Talbot Group, LLC and Potamus Holdings, Inc.*

By: _____
Alisa Silverstein, Esq.

Kudman Trachten Aloe LLP
350 Fifth Ave., Suite 4400
New York NY 10118
Tel 212.868.1010
Fax 212.868.0013

DWANE SMITH PLLC,
*Attorneys for Plaintiff, Bonda Industrial (HK) Co., Ltd. and Defendants on the Counterclaim, Bonda Industrial (HK) Co., Ltd and Bonnie Wong*

By: _____
Dwane Smith, Esq.

236 West 26th Street – Suite 303
New York, NY 10001
Tel: (212) 736-2624 Ext. 13
Fax: (212) 981-0528
Cell: (646) 467-1353

8/12/08
SO ORDERED
_____
USDJ